UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SA CV 22-00021-DOC-JDEx | Date | May 18, 2022 |
|---|---|---|---|
| Title | Mascarenhas Madruga v. Alejandro Mayorkas, et al. | | |

| Present: The Honorable | DAVID O. CARTER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Karlen Dubon | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff's counsel, to show cause in writing no later than **May 23, 2022**, why this action should not be dismissed for lack of prosecution.  As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X    Notice of Voluntary Dismissal (FRCivP 41)

X    Corrections as requested by the Clerk of Court in **NOTICE OF DEFICIENCY (Dkt. 23) :** *NOTICE OF DEFICIENCY Re: First REQUEST for Clerk to Enter Default against defendant All Defendants 21 . The proof of service summons and complaint and the First Amended Complaint does not show the clerk that service was properly made upon the government defendants. Please follow the local rules on the service requirements for the named defendants. There are no certified mail receipts, we are unable determine whether an authorized agent was served because the proof(s) do not mention any information. The clerk is unable to process the request for clerk to enter default until the proofs of service are properly served upon each defendant. The Clerk cannot enter the requested relief as: Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have default reconsidered.*

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint.   Fed. R. Civ. P. 4 (m).   The Court may dismiss the action prior to the expiration of such time, however, if plaintiffs have not diligently prosecuted the action.

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.   If necessary, plaintiffs must also pursue Rule 55 remedies promptly upon the default of any

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 22-00021-DOC-JDEx | Date | May 18, 2022 |
|---|---|---|---|
| Title | Mascarenhas Madruga v. Alejandro Mayorkas, et al. | | |

defendant.   All stipulations affecting the progress of the case must be approved by the Court. Local Rule 8.3.

     No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiffs is due.

Failure to respond by the date above will result in a Dismissal for Lack of Prosecution.

                                                                                                                                                                                          _____ : _____

                                   Initials of Deputy Clerk  kdu