## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 22-00021-DOC-JDEx | Date | May 25, 2022 |
|---|---|---|---|
| Title | Mascarenhas Madruga v. Alejandro Mayorkas, et al. | | |

| Present: The Honorable | DAVID O. CARTER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Karlen Dubon | None Present | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS Plaintiff's counsel to submit a response in writing no later than **May 31, 2022** to show cause why this action should not be dismissed for lack of prosecution. As an alternative to a court appearance, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X   Answer to the Complaint;
X   Notice of Voluntary Dismissal (F.R.Civ.P. 41)
X   CORRECTED Request for Clerk to Enter Default against defendant All Defendants pursuant to NOTICE OF DEFICIENCY (Dkt. 26).
   *The Clerk cannot enter the requested relief as: The proof of service summons and complaint and the First Amended Complaint does not show the clerk that service was properly made upon the government defendants. Please follow the local rules on the service requirements for the named defendants. There are no certified mail receipts, we are unable determine whether an authorized agent was served because the proof(s) do not mention any information. The clerk is unable to process the request for clerk to enter default until the proofs of service are properly served upon each defendant.*

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiffs must also pursue Rule 55 remedies promptly upon the default of any defendant.   All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

Failure to respond by the date above will result in a Dismissal for Lack of Prosecution.

|  | - : - |
|---|---|
| Initial of Deputy Clerk | kdu |