UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SA CV 22-00021-DOC-JDEx | Date | August 2, 2022 |
|---|---|---|---|
| Title | Mascarenhas Madruga v. Alejandro Mayorkas et al | | |

| Present: The Honorable | DAVID O. CARTER, U.S. DISTRICT JUDGE |
|---|---|

| Karlen Dubon | None Present | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE ORDER SETTING SCHEDULING CONFERENCE**

　　　The Court, on its own motion, hereby ORDERS counsel, to show cause in writing no later than **August 4, 2022**, why this action should not be dismissed for failure to comply with the Court's order issued June 27, 2022 (Dkt. 35). As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X     Joint Report pursuant to Federal Rule of Civil Procedure 26(f)


　　　No oral argument of this matter will be heard unless ordered by the Court.   The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiffs is due.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　-    :    -

　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk   kdu